THOMAS LODER, PA. BAR NO. 43482
JENNIFER MCGLINN, PA. BAR NO. 88119
DUANE MORRIS LLP
1650 Market Street, Suite 4200
Philadelphia, PA 19103
(215) 979-1246/1866 Telephone
(215) 979-1020 Facsimile

ANTHONY J. ONCIDI, BAR NO. 118135
MICHAEL H. WEISS, BAR NO. 110148
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, California 90067-3206
(310) 557-2900 Telephone
(310) 557-2193 Facsimile

Attorneys for Plaintiff
IKON OFFICE SOLUTIONS, INC.

```
FILED
CLERK, U.S. DISTRICT COURT
APR -8 2004
CENTRAL DISTRICT OF CAL
BY
```

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

IKON OFFICE SOLUTIONS, INC.,
an Ohio corporation,

   Plaintiff,

v.

RAY A. MORGAN COMPANY, a
California corporation, d/b/a MORE
OFFICE SOLUTIONS and DAVID
ARNESON, NATHAN SMITH,
DAVID SCOTT, REGINALD
WATERS, BRAD BURKE, CURT
SYKES, MARK SERIO and
JONATHAN WEINGARTAN,
individually,

   Defendants.

Case No. CV 04-0902-JFW (SSx)

JOINT STIPULATION AND PROPOSED
ORDER FOR A DATE CERTAIN ON OR
AFTER TO APRIL 13, 2004 FOR
DECISION ON APPLICATION OF
PLAINTIFF FOR PRELIMINARY
INJUNCTION

The Honorable J. Walter, U.S.D.C.

CASE FILED: February 10, 2004.

Plaintiff IKON Office Solutions, Inc. ("Plaintiff"), and Defendants Ray A. Morgan Company, David Arneson, Nathan Smith, David Scott, Brad Burke, Curt Sykes and Jonathan Weingarten ("Defendants") hereby submit this Joint Stipulation and Proposed Order for a Date Certain On or After April 13, 2004 for the Court to issue its decision on the pending Application of Plaintiff for Preliminary Injunction, and, in support thereof, state as follows:

PH2\786549.4

DOCKETED ON CM
APR 12 2004
BY _____ 002

Plaintiff's Ex Parte Application for A Date Certain Subsequent to April 12, 2004 for Decision on Application of Plaintiff for Preliminary Injunction

63

1. Subsequent to the hearing held before the Court on April 5, 2004, counsel for the parties have engaged in meaningful settlement discussions concerning the possible resolution of all claims in this U.S. District Court proceeding.

2. A ruling by the Court on the Application of Plaintiff for Preliminary Injunction, whether to grant or deny such application, would significantly alter the balance attending the parties' present settlement negotiations.

3. The Court indicated at the hearing on April 5, 2004 that a decision would likely be rendered by "the end of the week," i.e., by April 9, 2004. This application is intended simply to avoid the Court's entry of a decision prior to the following Tuesday, April 13, 2004, in order to allow the parties a meaningful opportunity to settle their disputes prior to entry of a ruling by the Court that, one way or the other, would alter the considerations presently applicable to the parties' settlement discussions.

PH2\786549.4

Plaintiff's Ex Parte Application for A Date Certain Subsequent to April 12, 2004 for Decision on Application of Plaintiff for Preliminary Injunction

2

4. Accordingly, the parties respectfully submit that the Court's setting of a date certain for decision on or after April 13, 2004 would promote the interests of justice, judicial economy, avoidance of expense and other prejudice to the parties' respective positions while the parties pursue in good faith the possible settlement of the parties' claims.

Respectfully submitted
By: _____
Thomas T. Loder, Esquire
Jennifer McGlinn, Esquire
DUANE, MORRIS LLP
One Liberty Place
Philadelphia, PA 19103-7396
(215) 979-1246/1153
Attorneys for Plaintiff
IKON Office Solutions, Inc.

Respectfully submitted
By: _____
Timothy L. Thompson, Esquire
McCormick, Barstow, Sheppard, Wayte & Carruth LLP
Five River Park Place East
Fresno, CA 93720-1501
(559) 433-2139
Attorneys for Defendants

PH2\786549.4

Plaintiff's Ex Parte Application for A Date Certain Subsequent to April 12, 2004 for Decision on Application of Plaintiff for Preliminary Injunction

3

## ORDER

The Court having considered the parties' proposed Stipulation and Order for a Date Certain On or After April 13, 2004 for Decision On Application of Plaintiff for Preliminary Injunction, and good cause having been shown, the Court hereby ORDERS that the proposed Stipulation is accepted and that the Court's decision on Application of Plaintiff for Preliminary Injunction will not be issued prior to April 13, 2004.

APR - 8 2004

Hon. J. Walter,
United States District Court

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that: I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is: 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

On April 7, 2004, I served the following-described document: **JOINT STIPULATION AND PROPOSED ORDER FOR A DATE CERTAIN ON OR AFTER TO APRIL 13, 2004 FOR DECISION ON APPLICATION OF PLAINTIFF FOR PRELIMINARY INJUNCTION** on the interested parties in this action:

☒ (By Fax) By transmitting a true and correct copy thereof via facsimile transmission to the following facsimile numbers:

| | |
|---|---|
| Timothy L. Thompson, Esq.<br>McCormick, Barstow, Sheppard,<br>  Wayte & Carruth, LLP<br>5 River Place East<br>Fresno, CA 93720<br>Telecopier: (559) 433-2485 | David Griffith, Esq.<br>Stewart Humphreys Burchett &<br>Molin, LLP<br>Professional Plaza, Suite 6<br>3120 Cohasset Road, P.O. Box 720<br>Chico, CA 95927<br>Telecopier: (530) 894-2103 |

☐ By arranging to have ☐ the original ☐ a true copy thereof enclosed in a sealed envelope addressed as follows:

☒ (By Overnight Courier) By causing such envelope to be delivered the next business day to the offices of the addressees via Federal Express or other similar overnight delivery service.

☐ (By Personal Service)

    ☐ By personally delivering such envelope to the addressee.

    ☐ By causing such envelope to be delivered by messenger to the offices of the addressee.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 7, 2004, at Los Angeles, California.

_____
SUSAN A. OWENS

5492/39298-001 LAWORD/41721v1